**Leon Adam GUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70086.**

Missouri Court of Appeals,
Western District.

Dec. 29, 2009.

Leon A. Gunn, pro se.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

unless otherwise indicated.

Before THOMAS H. NEWTON, Chief Judge, LISA WHITE HARDWICK, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Leon Gunn appeals the trial court's denial of his motion to reopen post-conviction proceedings. We affirm. Rule 84.16(b).